IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| DEAN W. HARTNITT, <br> Plaintiff, | § § § | |
| v. | § § | Civil Action No. <br> DR-20-CV-029-AM/VRG |
| NATIONAL CREDIT ADJUSTERS, LLC <br> Defendant. | § § § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On June 1, 2020, the parties filed a stipulation of dismissal that complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that the Plaintiff's claims asserted in this suit against the Defendant are **DISMISSED WITH PREJUDICE** as set forth in the stipulation of dismissal. Each party shall bear its own costs and fees. **IT IS FURTHER ORDERED** that all motions pending in the instant action be **DENIED** as moot and that a Clerk's judgment shall immediately issue.

SIGNED and ENTERED on this 22nd day of June, 2020.

ALIA MOSES
United States District Judge